ARTIANO SHINOFF
Daniel R. Shinoff, Esq. (SBN 99129)
dshinoff@as7law.com
Gil Abed, Esq. (SBN 195771)
gabed@as7law.com
3636 Fourth Avenue, Suite 200
San Diego, CA 92103
Telephone: 619-232-3122
Facsimile:   619-232-3264

Attorney for Defendant DEL MAR UNION SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.R. and D.R. by and through his parent N.R.,<br><br>Plaintiffs,<br><br>v.<br><br>DEL MAR UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 21-CV-1759 AJB LL<br><br>Judge:        Hon. Anthony J. Battaglia<br>Dept.:         4A<br>Magistrate: Linda Lopez<br>Dept.:         2B<br><br>**DECLARATION OF GIL ABED IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT F.R.C.P. SECTION 12(b)(6)]**<br><br>Date:   February 10, 2022<br>Time:  2:00 p.m.<br><br>Action Date: October 12, 2021<br>Trial date:    TBD |

I, Gil Abed, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California and I am a partner at the law firm of Artiano Shinoff, attorneys of record for Defendant, Del Mar Union School District, in the above-captioned matter.  If called upon as a witness in the above-referenced matter, I could and would competently testify to the following facts which are within my own personal knowledge.

2. Attached to the Defendant's Request for Judicial Notice in Support of its Motion to Dismiss as **"Exhibit 1"** is a true and correct copy of the Office of

1

1  Administrative Hearings (OAH) Ruling in the matter of Parents of Behalf of Student v.
2  Del Mar Union School District Case Number 2020120692, dated July 13, 2021.
3      I declare under penalty of perjury under the laws of the State of California that
4  the foregoing is true and correct and that I executed this declaration on December 6,
5  2021.

                                                       _____*/s/ Gil Abed*_____
                                                       Gil Abed

ARTIANO SHINOFF

2

**Case No. 21-CV-1759 AJB LL**

AS7 Law San Diego/001017/002192/PL/S0514986.DOCX